UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL DE LA ROSA | No. 26 CR 556<br><br>Hon. Jeannice W. Appenteng<br>Magistrate Judge |

**ORDER**

The UNITED STATES OF AMERICA by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, having filed its Motion to Permanently Seal the previously filed Complaint and Affidavit and File an Unsealed, Redacted Version of the Complaint and Affidavit *Nunc Pro Tunc*, and having demonstrated good cause in support of its motion, specifically, that the materials contain information relating to an ongoing investigation, and that the government intends to file an unsealed, redacted version of the Complaint and Affidavit:

IT IS HEREBY ORDERED THAT the Complaint and Affidavit in this case, Dkt. 1, shall be sealed and shall remain under seal until further order of the Court.

IT IS FURTHER ORDERED THAT the government shall file on the public docket a redacted copy of the document described in its motion, namely, a redacted version of the Complaint and Affidavit.

This Order does not modify or affect any order as to discovery and/or disclosure obligations in any charged case before the Court. Further, this Order does not modify

or affect the government's statutory or constitutional disclosure obligations that may relate to the sealed documents, or the results of the search itself.

ENTER:

Hon. JEANNICE W. APPENTENG
Magistrate Judge
United States District Court for the
Northern District of Illinois

DATE: 11/6/2026