FILED
11/12/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
KC

Judge Steven C. Seeger
Magistrate Judge Jeannice W. Appenteng
RANDOM / CAT. 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL DE LA ROSA | No. 26 CR 556<br><br>Violation: Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2) |

The SPECIAL JANUARY 2026 GRAND JURY charges:

On or about October 23, 2026, at Des Plaines, in the Northern District of Illinois, Eastern Division,

MICHAEL DE LA ROSA,

defendant herein, knowingly possessed material, namely a Samsung Galaxy S25 Ultra cell phone, bearing serial number R5CY34SL89D, IMEI 352512145184493, which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2026 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, as set forth in this Indictment, defendant shall forfeit to the United States of America, any matter which contains a visual depiction described in Title 18, United States Code, Section 2252A; any property constituting and traceable to gross profits and other proceeds obtained from such offense; and any property used and intended to be used to commit and to promote the commission of such offense, and any property traceable to such property, as provided by Title 18, United States Code, Section 2253(a).

2. The property to be forfeited includes, but is not limited to, the following specific property: one Samsung Galaxy S25 Ultra cell phone, bearing serial number R5CY34SL89D, IMEI 352512145184493.

A TRUE BILL:

______________________________
FOREPERSON

*/s/*__________________________
UNITED STATES ATTORNEY